UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CAROL MOORE and KEVIN MOORE,<br><br>Defendants. | Crim. A. No. 24-427 (JDB) |

### ORDER

Upon consideration of [56] the government's motion to dismiss the information against Carol and Kevin Moore with prejudice pursuant to Federal Rule of Criminal Procedure 48(a), and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that all pending deadlines and hearings in this matter are hereby **TERMINATED**. The Clerk of Court is directed to terminate this case.

/s/
JOHN D. BATES
United States District Judge

Dated: January 21, 2025